1

2

3            **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

4

5    **UNITED STATES OF AMERICA,**

6                    **Plaintiff,**                    **Case No. CR03-5674RBL**

7            **v.**                                    **INITIAL ORDER RE:**
                                                       **ALLEGATIONS OF**
8    **EZEKIEL TURNER BLACK,**                         **VIOLATION OF**
                                                       **CONDITIONS OF**
9                    **Defendant.**                    **SUPERVISION**

10

11

12   **THIS MATTER having come before the court on an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.**

13   **The court found probable cause with regard to the allegation(s) and scheduled a hearing on the petition to be held at the time and date below set forth before Judge Ronald B. Leighton:**

14

15                *Date of hearing: August 26, 2009*

16                *Time of hearing: 10:00 am*

17   **IT IS ORDERED that the defendant:**

18   **(  )  Be released on an appearance bond, subject to the terms and conditions set forth thereon.**

19   **(X)  Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.**

20

21   **The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

22

23                                    **August 7, 2009.**

24

                                     ___**s/Karen L. Strombom**_____
25                                   **Karen L. Strombom, U.S. Magistrate Judge**

26

27

28

ORDER
Page - 1